## CRIMINAL CALENDAR

**The following CRIMINAL CASE will be presented by the United States of America, in the United States Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut, before the Honorable William I. Garfinkel, United States Magistrate Judge, on Thursday, January 7, 2021 at 1:00 pm.**

                                                **AUSA Brendan J. Keefe**
                                                **Arraignment**

| | |
|---|---|
| UNITED STATES | Docket No.  3:20-mj-00677-WIG |
| v. | COUNT ONE:<br>18 U.S.C. § 641 |
| <u>ADOLFO VARGAS</u><br>Tracy Hayes, Esq. | (Theft of Public Money)<br><br><u>PENALTIES:</u><br>Imprisonment: Up to 10 years imprisonment<br>Supervised Release: Up to 3 years<br>Fine: $250,000<br>Special Assessment: $100 |

TO:    Honorable William I. Garfinkel, United States Magistrate Judge

cc:    U.S. Attorney's Office
        Clerk's Office – Bridgeport
        U.S. Marshals Service – Bridgeport
        U.S. Probation Office – Bridgeport
        Tracy Hayes, Esq. **– *via email***